# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 513 |
| | : | |
| APPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

 **AND NOW**, this 9th day of July, 2019, T. Matthew Dugan, III, Esquire, Allegheny County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term expiring June 1, 2020.